**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ELIJAH BEN DOWDLE**                                                                **PETITIONER**

**V.**                                      **NO. 1:11CV258-NBB-JMV**

                                                                    **RESPONDENT**

**STATE OF MISSISSIPPI**

## ORDER GRANTING MOTIONS TO SUPPLEMENT PETITION

Before the court in this habeas case are the petitioner's *pro se* motions for "reconsideration" (# 4 & # 10). By the first "motion for reconsideration," the petitioner essentially states that his constitutional right to have witnesses testify on his behalf was violated during his criminal trial and that a witness for the State committed perjury. He further seeks leave of this court to file a motion for "reconsideration" or an application for post conviction relief in state court or for other relief. By the second "motion for reconsideration," the petitioner alleges that during his criminal trial both his attorney and the trial court committed errors, and he seeks "reconsideration of the verdict or application for leave to proceed in trial court or a chance to contest a sentence received in the circuit court." The petitioner further requests that this court grant his "motion for reconsideration for a new trial or suspended sentence." The court hereby liberally construes these motions as requests to supplement the Petition (# 1) originally filed in this case on December 1, 2011. As such, the motions are hereby GRANTED, and the Petition is hereby deemed supplemented with the grounds and facts asserted in Documents # 4 & # 10.

     **SO ORDERED** this**,** the 18th day of January, 2012.

                                                                         **/s/ Jane M. Virden**
                                                                         **U. S. MAGISTRATE JUDGE**